UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JAMES PATRICK WAGNER, Individually and on Behalf of Others Similarly Situated,<br><br>v.<br><br>PLEXOS GROUP, L.L.C. | Case No.: _____ |

**ORIGINAL COMPLAINT**

SUMMARY

1. Plexos Group, L.L.C. (Plexos) does not pay its hourly employees overtime as required by the Fair Labor Standards Act, 29 U.S.C. §201, *et. seq.* (FLSA).

2. Instead, Plexos pays its hourly employees the same hourly rate for all hours worked in a workweek, including those in excess of 40 in a workweek (straight-time-for-overtime).

3. Plexos's straight-time-for-overtime pay plan violates the FLSA because hourly employees are owed overtime for hours worked in excess of 40 in a week at the rate of one-and-one-half times their regular rates.

4. James Patrick Wagner (Wagner) brings this action to recover the unpaid overtime and other damages owed to him and the other employees to whom Plexos paid straight-time-for-overtime.

JURISDICTION AND VENUE

5. This Court has original jurisdiction pursuant to 28 U.S.C. § 1331 because this action arises under a federal statute. 29 U.S.C. § 216(b).

6. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b)(1) because Plexos is a resident of this District.

## PARTIES

7. Wagner worked for Plexos as an Inspector from approximately November of 2017 to January of 2018 and again from February 2018 to June of 2018.

8. Throughout his employment, Plexos paid Wagner the same hourly rate for all the hours he worked including those in excess of 40 in a workweek.

9. Wagner's consent to be party plaintiff is attached.

10. Wagner brings a FLSA collective action on behalf of himself and all other of Plexos's employees who were paid according to Plexos's straight-time-for-overtime pay plan.

11. The FLSA collective group of employees Wagner seeks to represent consists of:

**All hourly employees employed by Plexos in the U.S. and/or U.S. Territories and who were paid according to Plexos's straight-time-for-overtime pay plan at any time during the last 3 years** (the Straight-Time-For-Overtime Workers).

12. Plexos is a Louisiana limited liability company with its headquarters in Baton Rouge, Louisiana.

13. Plexos provides business consulting services, class action settlement/third party administration services and disaster recovery services.[1]

14. Plexos may be served by serving its registered agent for service of process: David Fulton Odom, 1800 City Farm Dr., Building 4, Suite B, Baton Rouge, Louisiana 70806, or at any other place where David Fulton Odom may be found.

## FLSA COVERAGE

15. For at least the past 3 years, Plexos has been an employer within the meaning of section 3(d) of the FLSA. 29 U.S.C. § 203(d).

---

[1] https://www.plexosgroup.com/index.php/services

16. For at least the past 3 years, Plexos has been part of an enterprise within the meaning of section 3(r) of the FLSA. 29 U.S.C. § 203(r).

17. For at least the past 3 years, Plexos has been part of an enterprise engaged in commerce or in the production of goods for commerce within the meaning of section 3(s)(1) of the FLSA, 29 U.S.C. § 203(s)(1).

18. Plexos has, and has had, employees engaged in commerce or in the production of goods for commerce, or employees handling, selling, or otherwise working on goods or materials (including smart phones/devices, computers, office equipment, etc.) that have been moved in or produced for commerce.

19. Further, Plexos's annual gross volume of sales has well exceeded $1,000,000 for at least the past 3 years.

20. For at least the past 3 years, Wagner and the Straight-Time-For-Overtime Workers were engaged in commerce or in the production of goods for commerce.

21. Plexos treated all its Straight-Time-For-Overtime Workers (including Wagner) as employees by setting their work schedules, controlling their job assignments, withholding taxes from their pay, and maintaining their personnel records.

## FACTS

22. Plexos bills itself as "one of the most experienced business consulting, program management, and third-party administration teams in the industry."[2]

23. Wagner and the Straight-Time-For-Overtime Workers are the employees who perform the various disaster recovery and related services for Plexos.

---

[2] https://www.plexosgroup.com/index.php/services

24. Plexos's Straight-Time-For-Overtime Workers, including Wagner, typically worked more than 40 hours a week.

25. Indeed, Plexos's Straight-Time-For-Overtime Workers, including Wagner, often worked 80 or more hours per workweek.

26. Plexos paid all its Straight-Time-For-Overtime Workers pursuant to its straight-time-for-overtime pay plan.

27. In February of 2018 Wagner went to work for Plexos as an Inspector in the U.S. Virgin Islands.

28. As an Inspector Wagner was responsible for working with FEMA inspecting homes to determine the nature and extent of hurricane damage the structures sustained.

29. Plexos's records reflect the hours Wagner worked each workweek and pay period.

30. Plexos paid Wagner an hourly rate for all the hours he worked, including those in excess of 40 in a week.

31. Plexos never guaranteed Wagner a minimum salary per week.

32. Indeed, his offer letter from Plexos confirms he was considered an hourly, non-exempt, full time employee:

> Please note that this letter supersedes all prior written or oral offers, agreements, and understandings between you and PLEXOS. PLEXOS is a Louisiana Corporation headquartered in Baton Rouge Louisiana. Louisiana is an "employment-at-will" state, which may be found in Article 2747 of the Louisiana Civil Code. Your employment will be **"at will."** That is, either you or PLEXOS may terminate this employment relationship at any time, for any reason or for no reason at all. In accepting this offer of employment, you certify your understanding that your employment will be on an at-will basis, and that neither you nor any PLEXOS representative have entered into a contract regarding the terms or the duration of your employment.
>
> You will be classified as a non-exempt, full time employee. You will be paid an hourly rate of **$55.00** per hour. Overtime will not be allowed unless prior authorization is given by the client. You may be required to work nights and/or weekends.

33. Although he often worked 60 or even 80 or more hours per workweek, Plexos never paid Wagner any overtime but, rather, paid him straight-time-for-overtime as shown on the following earnings statement:

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Hourly | 80.00 | 55.0000 | 4400.00 | 400.00 | 22000.00 |
| | Salary | | | | | 9570.00 |
| | Straight Time OT | 152.00 | 55.0000 | 8360.00 | 152.00 | 8360.00 |
| | Overtime | | | | 210.75 | 11591.25 |
| | **Total Hours** | 232.00 | | | 762.75 | |
| | **Gross Earnings** | | | 12760.00 | | 51521.25 |
| | **Total Hrs Worked** | 232.00 | | | | |
| | Exp Reimb Non Ta | | | 309.00 | | 1269.75 |
| | Per Diem | | | 3116.00 | | 7936.50 |
| | **REIMB & OTHER PAYMENTS** | | | 3425.00 | | 9206.25 |

34. All of Plexos's Straight-Time-For-Overtime Workers perform duties like those Wagner performed like inspecting hurricane-damaged structures and collecting information from homeowners inputting the information into Plexos's system.

35. The Straight-Time-For-Overtime Workers worked similar hours and were denied overtime as a result of the same illegal straight-time-for-overtime pay practice.

36. All of Plexos's Straight-Time-For-Overtime Workers regularly worked in excess of 40 hours in a workweek.

37. Instead of paying Straight-Time-For-Overtime Workers overtime, Plexos paid them only their regular hourly rate for all their working hours including those in excess of 40 in a workweek.

38. As a result, Plexos failed to pay the Straight-Time-For-Overtime Workers proper overtime compensation for hours worked in excess of 40 in a workweek.

## FLSA Violations

39. Wagner incorporates all preceding paragraphs.

40. Plexos's straight-time-for-overtime pay plan violates the FLSA because Wagner and the other Straight-Time-For-Overtime Workers did not receive overtime pay for hours worked over 40 in a week at the rate of 1.5 times their regular hourly rates of pay.

41. Plexos knew, or showed reckless disregard for whether, its straight-time-for-overtime pay plan violated the FLSA.

42. Plexos's failure to pay overtime compensation to the Straight-Time-For-Overtime Workers was not based on any reasonable interpretation of the law.

43. Nor was Plexos's decision not to pay overtime made in good faith.

44. Accordingly, Wagner and the Straight-Time-For-Overtime Workers are entitled to recover their unpaid overtime under the FLSA, liquidated damages, attorney's fees, and costs.

## Collective And Class Action Allegations

45. Wagner incorporates all preceding paragraphs.

46. Numerous employees have been denied overtime by Plexos's straight-time-for-overtime pay plan which is in willful violation of the FLSA.

47. Numerous other individuals who worked with Wagner indicated they were paid in the same manner, performed similar work, and were not properly compensated for all hours worked as required by the FLSA.

48. From his observations and experience working for Plexos, Wagner is aware that Plexos's illegal practices or policies have been imposed on the Straight-Time-For-Overtime Workers.

49. The Straight-Time-For-Overtime Workers all regularly worked in excess of 40 hours per week and received only their regular hourly rates for all hours worked.

50. These employees are similarly situated to Wagner in terms of *relevant* job duties, pay provisions, and employment practices.

51. Plexos's failure to pay overtime as required by the FLSA results from a generally applicable, systematic pay plan that is not dependent on the personal circumstances of the Straight-Time-For-Overtime Workers.

52. Thus, Wagner's experiences are typical of the experiences of the Straight-Time-For-Overtime Workers.

53. The specific job titles or precise job locations of the various Straight-Time-For-Overtime Workers do not prevent collective treatment.

54. All Straight-Time-For-Overtime Workers, regardless of their precise job requirements or rates of pay, are entitled to overtime for hours worked in excess of 40 in a week.

55. Wagner has no interests contrary to, or in conflict with, the Straight-Time-For-Overtime Workers.

56. Like each Straight-Time-For-Overtime Worker Wagner has an interest in obtaining the unpaid overtime wages owed to him under federal law.

57. A collective action, such as the instant one, is superior to other available means for fair and efficient adjudication of the lawsuit.

58. Absent this collective action, many Straight-Time-For-Overtime Workers likely will not obtain redress of their injuries and Plexos will reap the unjust benefits of violating the FLSA.

59. Furthermore, even if some of the Straight-Time-For-Overtime Workers could afford individual litigation against Plexos, it would be unduly burdensome to the judicial system.

60. Although the issue of damages may be somewhat individual in character, there is no detraction from the common nucleus of liability facts.

61. Therefore, this issue does not preclude collective action treatment.

RELIEF SOUGHT

62. Wherefore, Wagner prays for:

(a) an order allowing Wagner's claims to proceed as a FLSA collective action and directing notice to the other Straight-Time-For-Overtime Workers;

(b) judgment finding Plexos in violation of the FLSA;

(c) judgment finding Plexos liable to Wagner and the Straight-Time-For-Overtime Workers for unpaid overtime and an equal amount of liquidated damages;

(d) judgment awarding Plexos and the Straight-Time-For-Overtime Workers reasonable attorney's fees and costs of this action;

(e) judgment awarding Plexos and the Straight-Time-For-Overtime Workers pre- and post-judgment interest at the highest rates allowed by law; and

(f) such other and further relief as may be necessary and appropriate.

Respectfully submitted:

By: /s/ Philip Bohrer
Philip Bohrer (Bar Number: 14089)
phil@bohrerbrady.com
Scott E. Brady (Bar Number: 24976)
scott@bohrerbrady.com
BOHRER BRADY, LLC
8712 Jefferson Highway, Suite B
Baton Rouge, Louisiana 70809
Telephone: (225) 925-5297
Facsimile: (225) 231-7000

**Richard J. (Rex) Burch** (*To be admitted Pro Hac Vice*)
Texas Bar No. 24001807
Bruckner Burch PLLC
8 Greenway Plaza, Suite 1500
Houston, Texas 77046
713-877-8788 – Telephone
713-877-8065 – Facsimile
rburch@brucknerburch.com

- 9 -

>	**Michael A. Josephson**  *(To be admitted Pro Hac Vice)*
> Texas Bar No. 24014780
> **JOSEPHSON DUNLAP**
> 11 Greenway Plaza, Suite 3050
> Houston, Texas 77046
> 713-352-1100 – Telephone
> 713-352-3300 – Facsimile
> mjosephson@mybackwages.com

## CONSENT TO JOIN WAGE CLAIM

**Print Name:** James Patrick Wagner

1. I hereby consent to participate in a collective action lawsuit against **Plexos Group** (and its related entities) to pursue my claims of unpaid overtime during the time that I worked with the company.

2. I understand that this lawsuit is brought under the Fair Labor Standards Act, and consent to be bound by the Court's decision.

3. I designate the law firm and attorneys at BRUCKNER BURCH PLLC as my attorneys to prosecute my wage claims.

4. I authorize the law firm and attorneys at BRUCKNER BURCH PLLC to use this consent to file my claim in a separate lawsuit, class/collective action, or arbitration against the company.

**Signature:** James Patrick Wagner (Nov 20, 2019)     **Date Signed:** Nov 20, 2019