# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JAMES PATRICK WAGNER, Individually and for Others Similarly Situated,<br><br>v.<br><br>PLEXOS GROUP, LLC. | Case No. 3:19-cv-00822-SDD-EWD<br><br>JUDGE: DICK<br><br>MAGISTRATE: WILDER-DOOMES |

## WAGNER'S CONSENT MOTION FOR SETTLEMENT APPROVAL

James Wagner, individually and for the Opt-In Plaintiffs, requests this Court approve the Parties' revised settlement that now complies with the Court's prior rulings denying approval (Dkt. No. 66) and denying rehearing (Dkt. No. 79) and dismiss this case with prejudice. In support, the Parties submit their Settlement Agreement (**Exhibit 1**), revised in accordance with this Court's Order. Doc. 66. Specifically, the Parties' Settlement Agreement does not contain a confidentiality provision, and it provides for attorney's fees in the amount of $106,054, which is the amount suggested by the Court. The remaining terms of the Settlement Agreement are unchanged and have already been reviewed and approved by the Court. Further, the Court has indicated that it would approve a revised settlement in the gross amount of $365,000 after the confidentiality and attorney's fees provisions are revised. *See* Doc. 79 at 3. The Court should approve the Parties' Settlement Agreement and this case should be dismissed with prejudice.

**2.    Conclusion.**

For these reasons, the Parties' Motion for Settlement Approval should be granted, and this case should be dismissed with prejudice.

1

Respectfully submitted,

*/s/ Carl A. Fitz*

Michael A. Josephson
Texas Bar No. 24014780
Carl A. Fitz
Texas Bar No. 24105863
JOSEPHSON DUNLAP, LLP
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
713-352-1100 – Telephone
713-352-3300 – Facsimile
mjosephson@mybackwages.com
cfitz@mybackwages.com

AND

Richard J. (Rex) Burch
Texas Bar No. 24001807
BRUCKNER BURCH, PLLC
8 Greenway Plaza, Suite 1500
Houston, Texas 77046
Telephone: (713) 877-8788
Telecopier: (713) 877-8065
rburch@brucknerburch.com

AND

*/s/ Philip Bohrer*
Philip Bohrer (#14089)
phil@bohrerbrady.com
Scott E. Brady (#24976)
scott@bohrerbrady.com
Bohrer Brady, LLC
8712 Jefferson Highway, Suite B
Baton Rouge, Louisiana 70809
Telephone: (225) 925-5297
Facsimile: (225) 231-7000

ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

On November 17, 2023, I served a copy of this document on all registered parties and/or their counsel of record via the Court's CM/ECF system.

*/s/ Carl A. Fitz*
Carl A. Fitz
