# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JAMES PATRICK WAGNER, Individually and for Others Similarly Situated, | Case No. 3:19-cv-00822-SDD-EWD |
| v. | JUDGE: DICK |
| PLEXOS GROUP, LLC. | MAGISTRATE: WILDER-DOOMES |

## ORDER

CONSIDERING Wagner's Consent Motion for Settlement Approval and having reviewed the civil record of these proceedings, the submissions of the parties, the Motion and the specific terms of the proposed Agreement and finding there to be a bona fide dispute of FLSA claims upon which a fair and reasonable resolution has been reached and further finding there to be good cause for the granting of the Motion:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Wagner's Consent Motion for Settlement Approval be and is hereby granted.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Court approves all terms and conditions as set forth in the Settlement Agreement and Release which has been filed in the Civil Record.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this case shall be and is hereby dismissed in its entirety with prejudice, and that Defendant Plexos Group, LLC is dismissed with prejudice.

THUS DONE AND SIGNED on this 29th day of November, 2023 in Baton Rouge, Louisiana.

*Shelly D. Dick*
HONORABLE SHELLY D. DICK
United States District Judge